# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2014

SEAN F. McAVOY, CLERK

U.S.A. vs.   Jim, Lori Annie                                    Docket No.   0980 1:14CR02008-FVS-1

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 24th day of February, 2014 under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law.

**Condition #14:** Refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: The defendant is alleged to be in violation of her pretrial release by being charged with vehicular assault.

**Violation #2:** The defendant is alleged to be in violation of her pretrial release by consuming alcohol on or about May 10, 2014.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| ORDER OF COURT | I declare under penalty of perjury that the forgoing is true and correct. |
|---|---|
| Considered and ordered this __12__ day of __MAY__, 2014 and ordered filed and made a part of the records in the above case. | s/Carrie A. Valencia |
| | Carrie A Valencia |
| | U.S. Pretrial Services Officer |
| *James P. Hutton* | |
| James P. Hutton | Place    Eastern District of Washington |
| U.S. Magistrate Judge | |
| | Date   05/12/2014 |