PROB 12C
(6/16)

Report Date: July 8, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7/18/16

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lori Annie Jim                                   Case Number: 0980 1:14CR02008-SAB-1

Address of Offender:                     Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 25, 2015

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation-Assault with a Dangerous Weapon, 18 U.S.C. §§ 1153, 113 (a)(3) |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: December 31, 2015 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: December 30, 2018 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On June 28, 2016, Ms. Jim was cited for DUI/physical control by the Yakama Nation Police Department (YNPD), case number 16-005350.<br><br>On June 28, 2016, this officer received a YNPD report stating officers were detailed to a call of a suspicious vehicle parked at a residence. Officers made contact with a green 2000 Ford Mustang and found Ms. Jim passed out behind the wheel with the keys in the ignition. Officers took possession of the keys as they observed Ms. Jim to be heavily intoxicated.<br><br>Officers asked Ms. Jim where she was going and she replied she was at "Andrew's." They asked her if she knew where she was and she replied "in Toppenish." Officers noted they were in Wapato, Washington, at the time. They asked Ms. Jim if she knew what street she was on and she replied with "Robbins Road, Toppenish, Washington." When officers advised her of her location, Ms. Jim replied, "oh." |

        Officers administered a field breathalyzer test on Ms. Jim which registered a blood alcohol content level of .268 at 12:37 a.m. At that time officers advised Ms. Jim she was being cited with DUI/physical control and that she would be released. Officers escorted Ms. Jim home and released her at 1:06 a.m.

2       **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

        **Supporting Evidence**: On June 28, 2016, Ms. Jim submitted to a field breathalyzer test which registered a blood alcohol content level of .268. Ms. Jim admitted to Yakama Nation Police that she had been drinking throughout the day and consumed approximately seven beers.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 8, 2016

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[xx]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/18/2016

Date