PROB 12C
(6/16)

Report Date: August 24, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lori Annie Jim | Case Number: 1:14CR02008-SAB-1 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 25, 2015

Original Offense: Crime on Indian Reservation-Assault with a Dangerous Weapon, 18 U.S.C. § 1153, 113 (a)(3)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 21 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 31, 2015 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 30, 2018 | |

### PETITIONING THE COURT

**To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/8/2016.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

3    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

   **Supporting Evidence**: Ms. Jim reported to U.S. Probation on August 17, 2016. At the conclusion of the office visit, Ms. Jim was directed by this officer to report back to the U.S. Probation Office on August 22, 2016. Ms. Jim failed to report as directed on August 22, 2016.

4    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing ( which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: On August 17, 2016, Ms. Jim provided a presumptive positive urinalysis test to U.S. Probation. Ms. Jim denied consuming any controlled substances and the urinalysis test was sent to the lab for confirmation. On August 23, 2016, this officer received lab results showing the presence of amphetamines in the urinalysis.

Prob12C
Re: Jim, Lori Annie
August 24, 2016
Page 2

On August 19, 2016, this officer spoke with Ms. Jim's Community Corrections Officer (CCO), Patrick Bishop. CCO Bishop stated Ms. Jim reported to his office on August 19, 2016, and admitted to consuming marijuana that might have been laced with methamphetamine. Ms. Jim also admitted to taking a non-prescribed medication for her back.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 24, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[XX]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[XX]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[XX]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/24/2016
Date