PROB 12C
(6/16)

Report Date: October 25, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lori Annie Jim | Case Number: 0980 1:14CR02008-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A Bastian, U.S. District Judge | |
| Date of Original Sentence: March 25, 2015 | |
| Original Offense: | Crime on Indian Reservation-Assault with a Dangerous Weapon, 18 U.S.C. § 1153, 113 (a)(3) |
| Original Sentence: Prison 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: December 31, 2015 |
| Defense Attorney: Jeremy B. Sporn | Date Supervision Expires: December 30, 2018 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/08/2016 and 08/24/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Ms. Jim failed to provide a valid address to the United States Probation Office on or about October 21, 2016.<br><br>On October 5, 2016, Ms. Jim report to the United States Probation Office and identified her current address as 58293 Highway 97, Toppenish, Washington 98948. On October 21, 2016, this officer attempted to make contact with her at this address and was unsuccessful at locating her.<br><br>Ms. Jim's grandmother was home and this officer advised her Ms. Jim had last reported this address as her current living address and asked if Ms. Jim had been living there. She stated she had not been living there and did not know of her current whereabouts. Her grandmother further stated Ms. Jim was at the residence briefly on or about October 17, 2016 and was drinking alcohol. This officer attempted to located Ms. Jim at two other addresses and was unsuccessful in finding her. |

Prob12C
**Re: Jim, Lori Annie**
**October 25, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     s/Jonathan G. Barcom

October 25, 2016

Jonathan G Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

10/25/2016
Date