PROB 12C
(6/16)

Report Date: November 9, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2018

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Lori Annie Jim | Case Number: 0980 1:14CR02008-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 25, 2015

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation-Assault with a Dangerous Weapon, 18 U.S.C. § 1153, 113 (a)(3) | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 11/29/2017 | Prison - Time served; TSR - 35 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 30, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: October 29, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: On November 9, 2018, Ms. Jim failed to report to the United States Probation Office as directed. |
| | Ms. Jim's conditions were reviewed with her on December 5, 2017. She signed her conditions acknowledging an understanding of her conditions which includes standard condition number 2, as noted above. |
| | On November 6, 2018, the undersigned attempted to contact Ms. Jim at her residence. Ms. Jim was not home and the undersigned left a business card for her to contact the undersigned. |

Prob12C
**Re: Jim, Lori Annie**
**November 9, 2018**
**Page 2**

Also on this date, the undersigned spoke with Ms. Jim's caseworker at a shelter she stayed at on the Yakama Nation reservation from approximately May 3, to August 20, 2018. The caseworker stated Ms. Jim was evicted on August 20, 2018, due to several noncompliant issues. She stated on or about August 3, 2018, Ms. Jim provided a presumptive positive urinalysis (UA) test for methamphetamine to the shelter staff and on or about August 17, 2018, shelter staff found a case of beer in Ms. Jim's personal property. The caseworker stated the shelter staff did not send the UA sample to a lab for conformation. The caseworker also advised she believed Ms. Jim's daughter was removed from her by the state.

On November 8, 2018, the undersigned spoke with Ms. Jim's state social worker who advised Ms. Jim's daughter was ordered removed by the Yakama Nation Court and a caseworker from the Yakama Nation was handling the case. On this date, the undersigned spoke with the Yakama Nation caseworker who stated Ms. Jim's daughter was brought to her agency on October, 25, 2018, by a family member of Ms. Jim's, and then placed with a different family member for foster care.

On November 8, 2018, the undersigned sent Ms. Jim a text message directing her to report to the probation office by noon on November 9, 2018. Ms. Jim failed to report as directed and her current whereabouts is unknown.

2            **Special Condition #1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On November 9, 2018, Ms. Jim failed to complete a substance abuse evaluation as directed by her supervising probation officer.

Ms. Jim's conditions were reviewed with her on December 5, 2017. She signed her conditions acknowledging an understanding of her conditions which includes special condition number 2, as noted above.

On June 28, 2018, the undersigned directed Mr. Jim to complete a substance abuse evaluation and Ms. Jim stated she would complete it with the Yakama Nation.

On November 6, 2018, the undersigned spoke with Ms. Jim's caseworker at a shelter she stayed at on the Yakama Nation reservation from approximately May 3, until August 20, 2018. The caseworker stated Ms. Jim was evicted on August 20, 2018, due to several noncompliant issues. The caseworker stated Ms. Jim failed to comply with completing a substance abuse evaluation per the conditions of her agreement with the shelter. The undersigned advised the caseworker, Ms. Jim was also required to compete a substance abuse evaluation per the conditions of her supervised released.

As of November 9, 2018, Ms. Jim has failed to complete a substance abuse assessment.

Prob12C
**Re: Jim, Lori Annie**
**November 9, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 9, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

November 13, 2018

Date