PROB 12C
(6/16)

Report Date: April 5, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lori Annie Jim | Case Number: 0980 1:14CR02008-SAB-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 25, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Crime on Indian Reservation-Assault with a Dangerous Weapon, 18 U.S.C. § 1153, 113 (a)(3) | | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: 11/29/2017 | Prison - Time served; TSR - 35 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | November 30, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: | October 29, 2020 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/09/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: On April 5, 2019, Ms. Jim was unsuccessfully discharged from inpatient treatment services at Triumph Treatment Services (Triumph). |
| | Ms. Jim's conditions were reviewed with her on December 5, 2017. She signed her conditions acknowledging an understanding of her conditions, which includes special condition number 2, as noted above. |

Prob12C
**Re: Jim, Lori Annie**
**April 5, 2019**
**Page 2**

On January 22, 2019, Ms. Jim was released from custody in order to begin intensive inpatient (IIP) treatment with Triumph. On this date, with the assistance of the Deputy Chief United States Probation Officer, the undersigned transported Ms. Jim from the Yakima County Jail to Triumph and she began IIP treatment services.

On April 5, 2019, a counselor with Triumph called the undersigned with Ms. Jim on the line and advised Ms. Jim was going to be unsuccessfully discharged from treatment services due to poor attitude and unsuccessful progress in the program. During the conversation, the undersigned reminded Ms. Jim that she was released from custody only for the purpose of entering into and successfully completing IIP. The undersigned advised Ms. Jim that if she was unable to work out her grievances with Triumph staff and successfully complete IIP, a warrant would be requested for her arrest. Ms. Jim stated she understood.

Shortly after the initial call, the undersigned received another call from the counselor with Triumph and was advised Ms. Jim's father was at the facility and she was in the process of packing her personal belonging with the intent to leave. The counselor stated Ms. Jim would be unsuccessfully discharged as of April 5, 2019. Ms. Jim's current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 5, 2019

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

Prob12C
**Re: Jim, Lori Annie**
**April 5, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Signature*

Signature of Judicial Officer

April 9, 2019

Date