Report Date: May 21, 2019

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lori Annie Jim | Case Number: 0980 1:14CR02008-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 25, 2015

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Assault with a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113 (a)(3) | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 11/29/2017 | Prison - Time served; TSR - 35 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 30, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: October 29, 2020 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on November 9, 2018, and April 5, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ms. Jim is alleged to have violated mandatory condition #1 by committing new law violations on May 19, 2019.<br><br>Ms. Jim's conditions were reviewed with her on December 5, 2017. She signed her conditions acknowledging an understanding of her conditions, which include mandatory condition number 1, as noted above.<br><br>Ms. Jim was arrested on May 19, 2019, and is being charged with four law violations: Second Degree Burglary, in violation of Revised Code of Washington (RCW) 9A.52.030; Possession of a Controlled Substance, in violation of RCW 69.50.4013; Third Degree Malicious Mischief, in violation of RCW 9A.48.090; and Third Degree Theft, in violation of RCW 9A.56.050, in Yakima County Superior Court, cause number 19-1-00906-9. |

According to a Toppenish Police Department (TPD) report for incident number 19P2040, the following occurred: On May 19, 2019, officers responded to a burglary in progress at 1 South Toppenish Avenue in the City of Toppenish, Washington. When officers arrived, they observed two females, later identified as Ms. Jim and Ms. Howell, walking toward them and two males walking behind them pointing at the two females.

Ms. Jim was holding tools in one hand and pulling a purple suitcase with a black bag attached behind her. A TPD officer ordered Ms. Jim to put her things down and put her hands on the wall of the building. The officer then realized that Ms. Jim was carrying two bolt cutters. Once Ms. Jim was stopped and TPD officers spoke with witnesses, it was determined that Ms. Jim should be placed under arrest. Ms. Jim was then searched by a TPD officer and the officer found a small cellophane bag containing a white crystal like substance inside a blue glasses case that later tested presumptively positive for methamphetamine. Ms. Jim was also in possession of three packages of baby wipes and cookies that had price tags on them.

Once Ms. Jim was secured in a police vehicle, TPD officers searched the building where Ms. Jim had been seen leaving. Officers observed a padlock that had been cut off the door, and the door was taken off its hinges. Inside the building officers located baby wipes identical to the ones Ms. Jim had in her possession. The owner of the store confirmed that the items in Ms. Jim's possession were stolen from the store.

5	**Mandatory Condition #2**: You must not unlawfully posses a controlled substance including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Ms Jim is alleged to have violated mandatory condition #2 by being in possession of a controlled substance on May 19, 2019.

Ms. Jim's conditions were reviewed with her on December 5, 2017. She signed her conditions acknowledging an understanding of her conditions, which include mandatory condition number 2, as noted above.

On May 19, 2019, Ms. Jim was arrested by TPD in the City of Toppenish. After she was arrested, an officer discovered a small cellophane bag containing a white crystal like substances in her possession. The white crystal like substance later tested presumptively positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on November 9, 2018, and April 5, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 21, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

05/21/2019
Date